IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TERRY MINNIS and JAMIE MINNIS, )
individually and on behalf of John )
Doe, a minor ) No. 3-10-0075
)
v. )
)
SUMNER COUNTY BOARD OF )
EDUCATION; and DONNA )
WEIDENBENNER )

O R D E R

Pursuant to the order entered February 4, 2010 (Docket Entry No. 4), the initial case management conference was rescheduled to March 23, 2010, and held telephonically upon the Court's suggestion, see order entered March 10, 2010 (Docket Entry No. 14), and the parties' agreement, at which time the following matters were addressed:

1. The parties' proposed initial case management order is contemporaneously entered.

2. Counsel for defendant Weidenbenner provided an update on the status of the state criminal proceedings against her, and indicated that he should shortly have a better idea of what will happen in that case.

As soon as he is aware and no later than April 15, 2010, counsel for defendant Weidenbenner shall notify counsel for the other parties of the status of the state proceedings.

A telephone conference call is scheduled on **Monday, April 19, 2010, at 3:00 p.m.,** to address how the state criminal case might affect the progression of this case and the six related cases.

3 The defendants shall have until April 9, 2010, to file a reply to the plaintiff's response (Docket Entry No. 19) to the defendants' motions to dismiss (Docket Entry Nos. 9 and 13).

No other filings in support of or in opposition to the defendants' pending motions to dismiss shall be made except with the express permission of the Honorable Thomas A. Wiseman, Jr.

There shall be no stay of discovery before the August 30, 2010, deadline for completion of fact discovery or the January 15, 2011, deadline for completion of expert discovery.

As provided in the contemporaneously entered order, the deadline for filing all dispositive motions is January 3, 2011. Any response shall be filed within 23 days of the filing of the motion or by January 26, 2011, if the motion is filed on January 3, 2011. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by February 9, 2011, if the response is filed on January 26, 2011.

No other filings in support of or in opposition to any dispositive motion shall be made except with Judge Wiseman's express permission.

In consultation with Judge Wiseman's office, a jury trial is scheduled to begin on **Tuesday, February 14, 2012, at 10:00 a.m.,**[1] in Courtroom 783, U.S. Courthouse, 801 Broadway, Nashville, TN. The parties anticipate that the trial will last 3-4 days.

The pretrial conference is also scheduled on **Friday, February 3, 2012, at 10:00 a.m.,** in Chambers, 777 U.S. Courthouse.

The parties' obligations prior to the pretrial conference will be set forth in a separately entered order.

The Clerk is directed to forward the file in this case to Judge Wiseman for his consideration of the defendants' motions to dismiss and accompanying filings (Docket Entry Nos. 9-11, and 13), the plaintiffs' response (Docket Entry No. 19), and any reply, if necessary, to be filed by April 9, 2010.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Although, based on the scheduling in this case, this case could be scheduled for trial at an earlier date. However, this case has been scheduled in light of the previously scheduled trials in the six related cases, the last of which is scheduled for trial in November of 2011.