IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TERRY MINNIS and JAMIE MINNIS, )
individually and on behalf of John )
Doe, a minor ) No. 3-10-0075
)
v. )
)
SUMNER COUNTY BOARD OF )
EDUCATION; and DONNA )
WEIDENBENNER )

O R D E R

Pursuant to the order entered April 2, 2010 (Docket Entry No. 21), counsel for the parties called the Court on April 19, 2010, at which time they reported that defendant Weidenbenner had entered a plea of nolo contendere to three charges and had been sentenced to two years probation on each charge, to be served consecutively. Therefore, discovery can proceed in this case and in the six other related cases without concern about her invoking her Fifth Amendment privilege.

Counsel also reported that the depositions to be taken by the parties have been scheduled or will be scheduled, although counsel for defendant Sumner County Board of Education advised that she might want to take any additional deposition(s).

Counsel advised that there was no need to schedule any further proceedings with the Court at this time, but, if any matters arise, they may always schedule a telephone conference call or other court proceeding.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge