IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRY MINNIS and JAMIE MINNIS, individually and on behalf of John Doe, a minor<br><br>v.<br><br>SUMNER COUNTY BOARD OF EDUCATION; and DONNA WEIDENBENNER | )<br>)<br>)    No. 3-10-0075<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

Counsel for the parties shall convene a telephone conference call with the Court on **Thursday, May 13, 2010, at 4:30 p.m.,** to be initiated by defendants' counsel, to address the defendants' joint motion for pre-deposition conference and order (Docket Entry No. 25).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge