**GRANTED.** /s/ Thomas A. Wiseman Jr.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| TERRY MINNIS, et al., ) | |
| ) | |
| vs. ) | Civil No. 3:10-0075 |
| ) | Judge Wiseman |
| SUMNER COUNTY BOARD OF ) | Magistrate Judge Griffin |
| EDUCATION, et al. ) | |

## MOTION TO SEAL

Comes the Defendant Sumner County Board of Education (hereinafter "Board"), through counsel, and moves this Honorable Court for an order sealing the Notice of Filing and attachments thereto filed on January 5, 2011 (Docket No. 57). The basis for this motion is that the attachments containing HIPAA-protected information were inadvertently not redacted. The redacted documents were re-filed at Docket No. 58.

Respectfully submitted,

/s/Amber St. John
Amber St. John, TN BPR No. 018235
Law Office of Amber St. John
1197 Hazelwood Drive, Suite 103
Smyrna, TN 37167
Telephone 615-220-2201
Facsimile 615-220-2204

## CERTIFICATE OF SERVICE

I hereby certify that service of a copy of this MOTION was made upon Andy L. Allman, F. Dulin Kelly, and Clinton L. Kelly, Attorneys for Plaintiffs, KELLY, KELLY & ALLMAN, 629 East Main St., Hendersonville, TN 37075, and Mac E. Robinson, Jr., Attorney for Defendant Weidenbenner, ROBINSON & ROBINSON, 2nd Floor, Court Square Building, 300 James Robertson Parkway, Nashville, TN 37201, through the Electronic Filing System on this the 18th day of January, 2011.

/s/Amber St. John
Amber St. John