IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **TERRY and JAMIE MINNIS, Individually and o/b/o JOHN DOE, a minor,**<br><br>Plaintiffs,<br><br>v.<br><br>**SUMNER COUNTY BOARD OF EDUCATION and DONNA WEIDENBENNER Individually and in her official capacity as Special Needs Teacher of Station Camp Elementary School,**<br><br>**Defendants.** | Civil Action No. 3:10-cv-0075<br><br>Judge Thomas A. Wiseman, Jr.<br>Magistrate Judge Juliet E. Griffin |

## ORDER

Summary judgment having been entered in favor of Defendants, all other pending motions in this case are hereby **DENIED AS MOOT**.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge